```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SARAH LABENSKY, et al.,               :
                                      :
              Plaintiffs,             :
                                      :
         -v-                          :    21-cv-7289 (JSR)
                                      :
PEARSON EDUCATION, INC.,              :    ORDER
                                      :
              Defendant.              :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated at oral argument, the Court denies Pearson's motion to partially dismiss the amended complaint, but without prejudice to its being renewed in connection with summary judgment. The Clerk of Court is hereby directed to close the entry at docket number 20.

SO ORDERED.

Dated:   New York, NY

         November 23, 2021                    _____
                                              JED S. RAKOFF, U.S.D.J.